**Order filed January 10, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO.  01-12-00956-CR**
**01-12-00964-CR**
**01-12-00965-CR**
**01-12-00958-CR**
_____

**KIMBERLEY LOUISE SHANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 10CR2359, 10CR2358, 10CR2361, 10CR2028

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 2, State's Exhibit 13, State's Exhibit 96, State's Exhibit 100, State's Exhibit 101, and Defense's Exhibit 7.

The clerk of the 405th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 2, State's Exhibit 13, State's Exhibit 96, State's Exhibit 100, State's Exhibit 101, and Defense's Exhibit 7, on or before **January 20, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2, State's Exhibit 13, State's Exhibit 96, State's Exhibit 100, State's Exhibit 101, and Defense's Exhibit 7, to the clerk of the 405th District Court.

PER CURIAM